■ BDO SEIDMAN LLP, Respondent, v STRATEGIC RESOURCES CORPORATION et al., Appellants. PHOENIX FOUR, INC., Nonparty Respondent. [937 NYS2d 591]

Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Román, JJ.